```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT ELECTRONICALLY
                                            FILED
-----------------------------------------x  DOC#: _____
                                            DATE FILED: 1-15-19
ARMANDO CRUZ LIRA, INDIVIDUALLY          :
AND ON BEHALF OF OTHERS                  :
SIMILARLY SITUATED,                      :
                                         :
                    Plaintiff,           :   18-CV-2086 (ALC)
                                         :
            -against-                    :   ORDER
                                         :
J.S.H. RESTAURANT CORP. D/B/A            :
THREE GUYS & GEORGE ARGINOS,             :
                                         :
                    Defendants.          :
-----------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' revised settlement agreement filed October 5, 2018 (ECF No. 26.) Having reviewed the revised settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement.

**SO ORDERED.**

Dated:   January 15, 2019
         New York, New York

                                    _____
                                    ANDREW L. CARTER, JR.
                                    **United States District Judge**